AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | ) | |
|---|---|---|
| Frances Dominguez | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 5:20cv32-HJB |
| Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The Court finds that the Commissioners decision must be VACATED and REMANDED for reconsideration
.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Henry J. Bemporad

Date:   01/15/2021

CLERK OF COURT   JEANNETTE J. CLACK

*Signature of Clerk or Deputy Clerk*